

FILED

04/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0017

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0017

IN RE THE MARRIAGE OF:

CHRISTINA M. STEVENS,

      Petitioner and Appellee,

and

ROBERT A. STEVENS,

      Respondent and Appellant.

**FILED**

APR 20 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Robert A. Stephens has filed a motion for a 60-day extension of time within which to file his opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's opening brief shall be filed on or before June 22, 2021.

DATED this 20 day of April, 2021.

For the Court,

By _____
                         Chief Justice